UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS
ORGANIZATIONAL TRUST, *et al.*,

         Plaintiffs,

v.

D.J. MECHANICAL, INC.,

         Defendant,

v.

COASTAL COMMUNITY BANK,

         Garnishee.

Case No. MC19-0125RSL

ORDER TO ISSUE
WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Amended Applicant Affidavit for Writ of Garnishment" for property in which the defendant/judgment debtor, DJ Mechanical, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Coastal Community Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on September 18, 2019, at Dkt. # 1-2.

Dated this 20th day of September, 2019.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE
WRIT OF GARNISHMENT